UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT J. PATTERSON, individually and as representative of a class of similarly situated persons of the Morgan Stanley Retirement Plan,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY, Morgan Stanley Domestic Holdings, Inc., Morgan Stanley & Co., LLC, Morgan Stanley Retirement Plan Investment Committee, and John Does 1–30,<br><br>Defendants. | Case No. 1:16-CV-6568 (RJS)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS THE AMENDED COMPLAINT** |

PLEASE TAKE NOTICE THAT, pursuant to the ORDER of this Court (ECF No. 59), and on a date and at a time designated by the Court, before the Honorable Richard J. Sullivan at the Thurgood Marshall United States Courthouse for the Southern District of New York, 40 Foley Square, Room 2104, New York, New York 10007, Defendants Morgan Stanley, Morgan Stanley Domestic Holdings, Inc., Morgan Stanley & Co., LLC, and Morgan Stanley Retirement Plan Investment Committee will and hereby do move for an Order dismissing with prejudice Plaintiff's Amended Complaint (ECF No. 62).

Defendants bring this motion under Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1), on the grounds that Plaintiff's lack of standing deprives this Court of subject matter jurisdiction and that Plaintiff has failed to plead sufficient facts to state a claim on which relief can be granted. This motion is based on this Notice of Motion, the concurrently filed Memorandum in Support of Defendants' Motion to Dismiss, the concurrently filed Declaration

of Meaghan VerGow and exhibits attached thereto, the pleadings in this action, and such other evidence or argument that the Court may consider at or before the hearing on this motion.

Dated: February 9, 2017
      Washington, DC

Respectfully submitted,

/s/ Meaghan VerGow
Brian D. Boyle, *admitted pro hac vice*
Shannon M. Barrett, *admitted pro hac vice*
Meaghan VerGow, *admitted pro hac vice*
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
bboyle@omm.com
sbarrett@omm.com
mvergow@omm.com

Pamela A. Miller
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
pmiller@omm.com

*Attorneys for Defendants*