

**Sanford Heisler Sharp, LLP**
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 577-4253
Fax: (619) 577-4250
www.sanfordheisler.com

*Charles Field*, Partner
619-577-4252
cfield@sanfordheisler.com

New York | Washington D.C. | San Francisco | San Diego | Nashville | Baltimore

May 28, 2019

**VIA ECF & EMAIL**
Hon. Richard J. Sullivan
United States District Court
40 Foley Square, Room 2104
New York, New York 10007
SullivanNYSDChambers@nysd.uscourts.gov

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/19

Re: *Patterson v. Morgan Stanley et al.*, 1:16-CV-6568 (RJS)

Dear Judge Sullivan:

We represent Plaintiffs in the above reference matter. We write to request an update on the status of the Court's determination of Defendants' pending motion to dismiss and Plaintiffs' pending motion to strike.

By way of background, Plaintiffs filed their Second Amended Complaint (SAC) on October 5, 2017. (Dkt. No. 88). Defendants moved to dismiss the SAC on November 22, 2017. (Dkt. Nos. 92-94). On January 11, 2018, Plaintiffs filed a brief in opposition to Defendants' motion (Dkt. No. 96), and on February 1, 2018, Defendants filed a reply brief. (Dkt. No. 99). Defendants later submitted supplemental authority on two occasions, to which Plaintiffs responded. (Dkt. Nos. 102-105).

In connection with their opposition to Defendants' motion, on January 11, 2018, Plaintiffs also filed a letter motion seeking a pre-motion conference on a motion to strike certain extrinsic evidence and factual assertions from Defendants' motion. (Dkt. No. 95). On January 17, 2018, Defendants filed a letter in opposition to Plaintiffs' request for a pre-motion conference. (Dkt. No 97). On January 18, 2018, the Court deemed made Plaintiffs' motion to strike, and stated that the motion would be resolved together with Defendants' motion to dismiss.

As both motions remain pending, Plaintiffs respectfully request an update on their status. Plaintiffs are available to provide any further information the Court may require regarding this request.

Respectfully,

Charles H. Field

Charles Field

```
The Court will issue an opinion in due
course.
```
SO ORDERED
Dated:
5/31/19
RICHARD J. SULLIVAN
U.S.C.J.