UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROBERT J. PATTERSON, TERRI LO SASSO,
AND RALPH A. COLO,

                    Plaintiffs,

      -against-

MORGAN STANLEY, MORGAN STANLEY
DOMESTIC HOLDINGS, INC., MORGAN
STANLEY & CO., LLC, THE MORGAN
STANLEY RETIREMENT PLAN
INVESTMENT COMMITTEE, AND
JOHN DOES 1-30,

                    Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/19

16 **CIVIL** 6568 (RJS)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 7, 2019, contrary to Plaintiffs' claims, ERISA does not require clairvoyance on the part of plan fiduciaries, nor does it countenance opportunistic Monday-morning quarter-backing on the part of lawyers and plan participants who, with the benefit of hindsight, have zeroed in on the underperformance of certain investment options. More is required, and Plaintiffs come nowhere close to alleging such a case in their Complaint. Accordingly, because Plaintiffs lack standing as to the Non-Selected Funds, and because their Second Amended Complaint fails to state a claim under ERISA as to the Selected Funds, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
        October 7, 2019

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                       **BY:**
                                                      **Deputy Clerk**